UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL VORKAPICH, | Case No. 1:23-cv-827-HYJ-RSK |
| Plaintiff, | Hon. Hala Y. Jarbou |
| vs. | Magistrate Judge Ray Kent |
| MICHIGAN STATE UNIVERSITY, ALAN HALLER, and ASHTON HENDERSON, | |
| Defendants. | |

Scot A. Hinshaw (P78586)
Shumaker, Loop & Kendrick, LLP
Attorney for Plaintiff
1000 Jackson Street
Toledo, OH 43604
T: (419) 241-9000
F: (419) 241-6894
E: shinshaw@shumaker.com

Matthew R. Daniels (P75601)
MSU Office of General Counsel
Attorney for Defendants
426 Auditorium Road, Room 494
East Lansing, MI 48823
T: (517) 353-4959
E: danie188@msu.edu

## STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT AND EXTENDING TIME FOR DEFENDANTS TO FILE FIRST RESPONSIVE PLEADINGS

IT IS HEREBY STIPULATED AND AGREED by the parties hereto via the signatures of their counsel that Plaintiff is granted leave to file a First Amended Complaint on or before Monday, October 16, 2023, and that Defendants shall file their first responsive pleadings on or before Tuesday, October 31, 2023. This stipulation and extension does not constitute a waiver of any claim, right, or defense.

IT IS ORDERED that Plaintiff is granted leave to file a First Amended Complaint on or before Monday, October 16, 2023.

IT IS FURTHER ORDERED that the deadline for Defendants' first responsive pleadings, originally set for Monday, October 2, 2023, is extended to Tuesday, October 31, 2023.

This order does not prejudice the parties hereto and in no way waives any claim, right or defense, including any and all immunity defenses.

IT IS SO ORDERDED.


Dated: _____

                                              Hon. Hala Y. Jarbou


*/s/ Scot A. Hinshaw* (with permission)

| | |
|---|---|
| Scot A. Hinshaw (P78586) | Matthew R. Daniels (P75601) |
| Shumaker, Loop & Kendrick, LLP | MSU Office of General Counsel |
| Attorney for Plaintiff | Attorney for Defendants |
| 1000 Jackson Street | 426 Auditorium Road, Room 494 |
| Toledo, OH 43604 | East Lansing, MI 48823 |
| T: (419) 241-9000 | T: (517) 353-4959 |
| F: (419) 241-6894 | E: danie188@msu.edu |
| E: shinshaw@shumaker.com | |