REPORT FOLLOWING
VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:23-cv-00827 | Michael Vorkapich v. Michigan State University, et. al. | 04/25/2024 |

**PARTIES**                    Attendees

| Name | On Behalf Of |
|---|---|
| Michael Vorkapich | Plaintiff |
| Allan Haller | Defendant |
| Ashton Henderson | Defendant |
| Bobbi Boland | Defendant |
| | |
| | |
| | |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Scott Hinshaw | Plaintiff |
| Robert Boland | Plaintiff |
| Matthew Daniels | Defendant |
| | |
| | |
| | |
| | |
| | |

Result:  [✔] Case settled in full - Final paperwork will be filed: within 30 days
         [ ] Mediation continuing - Date of Next Session _____
         [ ] Not settled - Mediation Completed

Dated: April 30, 2024                By:  /s/ Lee T. Silver _____
                                          Lee T. Silver
                                          Mediator