UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL VORKAPICH,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

Case No. 1:23-cv-827

Hon. Hala Y. Jarbou

**ORDER**

The Court having been advised of the parties' agreement to settle this matter, by way of a report of facilitative mediation (ECF No. 16), filed on May 6, 2024,

**IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **June 5, 2024**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall proceed to trial as scheduled.

Dated: May 6, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE