# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL VORKAPICH, | Case No. 1:23-cv-827-HYJ-RSK |
| Plaintiff, | Hon. Hala Y. Jarbou |
| vs. | Magistrate Judge Ray Kent |
| MICHIGAN STATE UNIVERSITY, ALLAN HALLER, and ASHTON HENDERSON, | |
| Defendants. | |

| | |
|---|---|
| Scot A. Hinshaw (P78586) | Matthew R. Daniels (P75601) |
| Shumaker, Loop & Kendrick, LLP | MSU Office of General Counsel |
| Attorney for Plaintiff | Attorney for Defendant |
| 1000 Jackson Street | 426 Auditorium Road, Room 494 |
| Toledo, OH 43604 | East Lansing, MI 48823 |
| T: (419) 241-9000 | (517) 353-4959 |
| E: shinshaw@shumaker.com | danie188@msu.edu |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Michael Vorkapich and Defendants Michigan State University, Alan Haller, and Ashton Henderson, through their undersigned counsel, that this civil action, including any and all claims alleged by Plaintiff, or which could have been alleged by Plaintiff, shall be dismissed with prejudice.  Each party to bear its own costs and fees as agreed.

The Court having been advised that the parties have agreed to entry of this Order dismissing this civil action with prejudice, and the Court being otherwise fully advised in the premises;

**IT IS SO ORDERED.**

This is a final order and resolves all pending claims against all Defendants with prejudice and closes the case.

Dated: June 5, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED BY:

| | |
|---|---|
| */s/ Scot Hinshaw* (with permission) | *[signature: Matthew Daniels]* |
| _____ | _____ |
| Scot A. Hinshaw (P78586) | Matthew R. Daniels (P75601) |
| Shumaker, Loop & Kendrick | MSU Office of General Counsel |
| Attorney for Plaintiff | Attorney for Defendants |
| 1000 Jackson Street | 426 Auditorium Road, Room 494 |
| Toledo, OH 43604 | East Lansing, MI 48823 |
| T: (419) 241-9000 | T: (517) 353-4959 |
| E: shinshaw@shumaker.com | E: danie188@msu.edu |
| Dated: June 5, 2024 | Dated: June 5, 2024 |